THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 
 
 

   v.

 
 
 
 Tina B.,
 Timothy B., Mark D., Robert H., Michael S., and John Doe Defendants,
 
 
 Of Whom Timothy
 B. is the Appellant.
 
 
 In the interest of minor children under the age of 18.
 
 
 
 

2008-DR-11-00202

Appeal From Cherokee County
Wesley L. Brown, Family Court Judge

Unpublished Opinion No.  2010-UP-386
 Submitted August 1, 2010  Filed August
16, 2010

AFFIRMED

 
 
 
 Shawn M. Campbell, of Spartanburg, for
 Appellant.
 Meredith Brooks Moss, of Gaffney, for
 Respondent.
 Sean Coburn, of Spartanburg, Guardian ad
 Litem. 
 
 
 

PER CURIAM: Timothy B. appeals from the family court's final order terminating his parental
 rights to his minor children.  S.C.
 Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the record and the
 family court's findings of fact and conclusions of law pursuant to Ex Parte
 Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues
 warrant briefing.  Accordingly, we affirm the family court's ruling and grant
 counsel's petition to be relieved. 
AFFIRMED.[1]
WILLIAMS and
 KONDUROS, JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.